|  |  |  |
|---|---|---|
| KEVIN J. KEATING<br><br>―――<br>Of Counsel<br>Stefani Goldin, Esq.<br><br>Paralegal<br>Laura O'Neil | **KEVIN J. KEATING**<br>ATTORNEY AT LAW<br>666 OLD COUNTRY ROAD<br>SUITE 501<br>GARDEN CITY, NEW YORK 11530-2004<br>(516) 222-1099<br>Fax: (516) 683-8410<br><br>www.kevinkeatinglaw.com | MANHATTAN OFFICE:<br>1140 AVENUE OF THE AMERICAS<br>9TH FLOOR<br>NEW YORK, N.Y. 10036<br>(BY APPT. ONLY) |

May 4, 2018

**Via ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States of America v. Emanuel Pantelakis
17 CR 087

Dear Judge Carter:

As the Court is aware, I am attorney for Mr. Pantelakis in the captioned matter who is scheduled to be sentenced by Your Honor on June 13, 2018. I write to respectfully request a re-scheduling of the sentencing.

I have been engaged on trial for the last eight weeks before the Hon. Joan Azrack in the Eastern District of New York in United States v. Mangano. It is anticipated that the trial will span approximately three more weeks, perhaps longer. It is upon this basis that I seek the re-scheduling of Mr. Pantelakis's sentencing as I am concerned that I will not have sufficient time to adequately prepare a sentencing submission in this matter which I anticipate will be lengthy. If granted the parties request that the re-scheduled date not fall between July 1, 2018 – July 22, 2018.

As the Court may recall, Mr. Pantelakis's co-defendant is George Doumanis, the uncle of Mr. Pantelakis. I have conferred with Mr. Doumanis's attorney, David Smith with regard to this application who has indicated the families' preference to have these defendants sentenced on the same date, thus, he joins in the instant request for rescheduling.

Finally, I have conferred with AUSA Magdo who offers her consent to this application.

Thank you for your consideration.

Very truly yours,

KEVIN J. KEATING

cc: AUSA Christine Magdo
David Smith, Esq.
Danieal H. Miller, Esq.