

The Law Office of Kevin J. Keating, P.C.
666 Old Country Road, Suite 900
Garden City, NY 11530
516-222-1099 • 212-964-2702
kevin@kevinkeatinglaw.com
Garden City • Manhattan

MEMO ENDORSED

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-29-21

April 26, 2021

**Via ECF**
Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re: ***United States of America v. Emanuel Pantelakis***
                ***Docket No. 17 CR 087***

Dear Judge Carter:

      As you may recall, I represent Emanuel Pantelakis. On November 9, 2018, following his plea of guilty to conspiracy to commit securities fraud, Your Honor sentenced Mr. Pantelakis to a term of imprisonment of one year and one day, to be followed by three years supervised release. Mr. Pantelakis commenced service of his term of supervised release on March 6, 2020.

      I write to respectfully request that Your Honor grant Pantelakis permission to travel to Greece from July 6, 2021 to July 30, 2021. Mr. Pantelakis is a United States citizen, but was born and raised in Greece with his family. His mother owns a home on an island in Greece called Kos. Before his arrest in this matter, Mr. Pantelakis would customarily go to his mother's home in Greece to perform repairs and ensure the upkeep of the property. This has not occurred in the four years since this case originally began, and apparently the house has fallen into disrepair. Mr. Pantelakis would travel to Greece with his mother and his family, and his mother will be paying all costs for the trip.

      I have conferred with Mr. Pantelakis' Probation Officer, Vincent Danielo, who advises that Mr. Pantelakis has been fully compliant with his terms of supervision and is currently in the Low Intensity Unit. Officer Danielo further advises that the Probation Department does not oppose this application.

Thank you for your consideration.

Very truly yours,

/s/ *Kevin J. Keating*

KEVIN J. KEATING

cc: AUSA Christine Magdo
Probation Officer Vincent Danielo

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr. 4-29-21